UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA. PEDROSI,

      Plaintiff,                Case No.  04-73784
                                       District Judge Patrick J. Duggan
v.                                  Magistrate Judge R. Steven Whalen

INTIER AUTOMOTIVE INTERIORS
OF AMERICA, INC., et al.,

      Defendants.
_____/

## ORDER DISMISSING MOTION TO COMPEL

    Upon receiving a written request to withdraw Plaintiff's Motion to Compel and the same having been filed with the Court on January 12, 2006, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery [filed 10/18/05] [document #16] is hereby dismissed without prejudice.

                                      s/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated: January 12, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 12, 2006.

s/Gina Wilson
Judicial Assistant